UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

AMA CAPITAL PARTNERS, LLC,

                        Plaintiff,

     -against-

SERGIO DEL BENE, INVERSIONES
PATAGONIA LTDA., and DEL BENE S.A.C.I.F.,

                        Defendants.

-----------------------------------------------------------------x

Case No.: _____

RULE 7.1 STATEMENT

       Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for plaintiff AMA Capital Partners LLC ("AMA"), a private (non-governmental) party, certifies that the following identifies all parent corporations, affiliates, and/or subsidiaries of AMA, which are publicly held, and all publicly held corporations that own 10% or more of AMA's stock:

       None.

Dated: May 6, 2008
       New York, New York

                              WOLLMUTH MAHER & DEUTSCH LLP

                              By_____
                                  Vincent T. Chang

                            500 Fifth Avenue
                            New York, New York 10110
                            (212) 382-3300

                            Attorneys for Plaintiff AMA Capital Partners LLC