# WOLLMUTH MAHER & DEUTSCH LLP

500 FIFTH AVENUE
NEW YORK, NEW YORK 10110

TELEPHONE (212) 382-3300
FACSIMILE (212) 382-0050

July 22, 2009

BY FIRST CLASS MAIL

The Honorable Alvin K. Hellerstein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re: AMA Capital Partners LLC v. Del Bene, et al.
> 2008 CIV 4285 (S.D.N.Y.) (AKH)

Dear Judge Hellerstein:

We represent plaintiff AMA Capital Partners LLC in the above-referenced action. Counsel for the parties have executed the attached stipulated protective order. The parties respectfully request that the Court approve and order the attached protective order. Counsel for the Defendants is also copied on this letter.

Thank you.

Respectfully submitted,

Thomas Filardo

Encl.

cc: Matthew Sheppe, Esq. (*via email w/encl.*)

---

Handwritten annotation (by Judge):
Protective Order is denied for failure to comply with my Individual Rule 4. Counsel may re-submit.
7-24-09
/s/ AKH

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 7/27/09