WOLLMUTH MAHER & DEUTSCH LLP
David H. Wollmuth
Vincent T. Chang
Thomas Filardo
500 Fifth Avenue
New York, New York 10110
(212) 382-3300

Attorneys for Plaintiff AMA Capital Partners LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| AMA CAPITAL PARTNERS, LLC, | : | 2008 CIV 4285 (AKH) |
| | : | |
| Plaintiff, | : | |
| | : | **PLAINTIFF'S FIRST** |
| -against- | : | **STATEMENT OF DAMAGES** |
| | : | |
| SERGIO DEL BENE, | : | |
| INVERSIONES PATAGONIA LTDA., and | : | |
| DEL BENE INVERSIONES, S.A., | : | |
| | : | |
| Defendants. | : | |
| | : | |

-------------------------------------------------------------x

Pursuant to the Civil Case Management Plan, dated March 20, 2009, plaintiff AMA Capital Partners, LLC ("AMA") identifies and quantifies each component of damages it alleges as follows:

(A)  Based on the Agreement, [1] AMA is entitled to a Transaction Fee based on the Aggregate Consideration paid upon closing of the Transaction:

    (1)  If the Aggregate Consideration was any amount up to and including $50,000,000, then AMA is entitled to 0.5% of such amount as a Transaction Fee.

---

[1] Unless otherwise indicated, all capitalized terms used herein have the same meaning as in AMA's First Amended Complaint and Demand for Jury Trial, dated June 1, 2009.

      (2)      If the Aggregate Consideration was any amount including and between $50,000,001 and $75,000,000, then AMA is entitled to 2.5% of the gross amount as a Transaction Fee.

      (3)      If the Aggregate Consideration was $75,000,001 or more, then AMA is entitled to 3.5% of the incremental consideration above $75,000,001 as a Transaction Fee.

AMA understands that one or more of Sergio Del Bene, Inversiones Patagonia Ltda., Del Bene S.A.C.I.F., and/or Del Bene Inversiones, S.A. received $60,000,000 in Aggregate Consideration upon the closing of a Transaction. Thus, AMA is owed a $1,500,000 Transaction Fee (2.5% of $60,000,000). AMA's damages are the Transaction Fee it is owed. These damages cannot be precisely stated at this time as discovery is in its early stages and defendants have not yet produced documents demonstrating the Aggregate Consideration paid upon closing of the Transaction.

      (B)      Alternatively, AMA reserves the right to call an industry expert regarding reasonable fees owed to AMA based on the Services rendered by AMA and/or AMA's efforts and/or role in bringing about a Transaction. AMA states that such reasonable fees are likely to be the same as the Transaction Fee provided in the Agreement because the Agreement was negotiated at arms length between sophisticated parties.

      (C)      In addition to the damages set forth in either (A) or (B), AMA is entitled to damages for its out-of-pocket costs and expenses incurred providing Services and/or AMA's efforts and/or role in bringing about a Transaction. These out-of-pocket costs and expenses consist largely of travel and hotel expenses and total approximately $100,000. AMA is entitled to such damages based on the Agreement and/or common law.

  (D) AMA reserves the right to supplement or amend this list as additional information is disclosed by continuing investigation and discovery.

Dated: New York, New York
    July 31, 2009

               WOLLMUTH MAHER & DEUTSCH LLP

               By:    /s    
                 David H. Wollmuth
                 Vincent T. Chang
                 Thomas Filardo

               500 Fifth Avenue
               New York, New York  10110
               Tel:  (212) 382-3300

               Attorneys for Plaintiff
               AMA Capital Partners LLC