UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
AMA CAPITAL PARTNERS, LLC,

          Plaintiff,

-against-

SERGIO DEL BENE, et al.,

          Defendants.
-------------------------------------------------------x

**ORDER REVOKING PREVIOUS**
**ORDER DISMISSING CASE**

08 Civ. 4285 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

    On September 14, 2009, the Court issued an Order dismissing the case upon suggestion of settlement. The Order was issued in error and is hereby revoked.

    The case continues and has been assigned to Magistrate Judge James C. Francis for settlement, pursuant to an Order dated September 11, 2009.

    SO ORDERED.

Dated:    New York, New York
           September ___, 2009

                                      ALVIN K. HELLERSTEIN
                                      United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/15/09