UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
AMA CAPITAL PARTNERS LLC,          :     2008 CIV 4285 (AKH)
:
Plaintiff,   :
:
-against-                          :
:
SERGIO DEL BENE,                   :
INVERSIONES PATAGONIA LTDA., and   :
DEL BENE INVERSIONES, S.A.,        :
:
Defendants.  :
:
------------------------------------------------------------x

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff AMA Capital Partners LLC and Defendants Sergio Del Bene, Inversiones Patagonia Ltda., and Del Bene Inversiones, S.A., by and through their undersigned counsel, hereby agree to the dismissal of this action with prejudice and without costs, expenses or attorneys' fees to any of the parties as against the other.

Dated: New York, New York
       December 18, 2009

| WOLLMUTH MAHER & DEUTSCH LLP | REISS EISENPRESS LLP |
|---|---|
| By: *Thomas Filardo /MB* | By: *[signature]* |
| David H. Wollmuth<br>Vincent T. Chang<br>Thomas Filardo<br>500 Fifth Avenue<br>New York, New York 10110<br>(212) 382-3300 | Matthew Sheppe<br>425 Madison Avenue<br>New York, New York 10017<br>(212) 753-2424 |
| Attorneys for Plaintiff<br>AMA Capital Partners LLC | Attorneys for Defendants<br>Sergio Del Bene, Inversiones Patagonia Ltda., and Del Bene Inversiones, S.A. |